| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO**<br><br>Court Address: City and County Building<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: February 26, 2014<br>CASE NUMBER: 2013CV35644 |
| **Plaintiff: CLAY HAMADY RAMPONE**<br><br>v.<br><br>**Defendants: CITH AND COUNTY OF DENVER, et. al.** | ▲ COURT USE ONLY ▲<br><br>Case Number: **13CV35644**<br><br>Division: **203** |
| **ORDER** ||

Due to lack of service.

The Parties are hereby ORDERED to show cause in writing within thirty-five (35) days of this date why the matter should not be dismissed for failure to comply with one or more of the following:

1. The Court's Delay Reduction Order and/or Alternate Dispute Resolution Order.
2. Failure to prosecute. C.R.C.P. 41(b)(2) and C.R.C.P. 121 Section 1-10.
3. Failure to file pleadings pursuant to C.R.C.P. 16.

In the absence of such showing, the case will be dismissed without prejudice and **without further notice**. Costs shall be awarded pursuant to C.R.S. 13-16-113(1).

DATED: January 24, 2014

BY THE COURT:

_[signature]_

John W. Madden, IV
District Court Judge

**DEFENDANTS' EXHIBIT**
**D**
*Rampone v. Denver, et al.*